# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ismael Antonio Murphy-Richardson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Arizona Department of Corrections, et al.,<br><br>　　　　　　Defendants. | NO. CV-22-00445-PHX-ROS (DMF)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 19, 2022, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 19, 2022

　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　By　　Deputy Clerk